**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEL McGEE,<br><br>          Plaintiff,<br><br>   vs.<br><br>R.N. JEMINEZ, ET AL.,<br><br>          Defendants. | CASE NO. CV 10-06305 JHN (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: January 3, 2012

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE