O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VIDEL McGEE,                                    )        CASE NO. CV 10-06305 JHN (RZ)
                                                )
                        Plaintiff,              )
                                                )        ORDER ACCEPTING REPORT AND
            vs.                                 )        RECOMMENDATION OF UNITED
                                                )        STATES MAGISTRATE JUDGE
R.N. JEMINEZ, ET AL.,                           )
                                                )
                        Defendants.             )
                                                )

         The Court has reviewed the file in this matter, and has read and reviewed the

Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed any

objections.  The Court accepts the findings and recommendations in the Report.


DATED: January 3, 2012


_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE