O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEL McGEE,<br><br>                Plaintiff,<br><br>   vs.<br><br>R.N. JEMINEZ, ET AL.,<br><br>                Defendants. | CASE NO. CV 10-06305 JHN (RZ)<br><br>JUDGMENT |

      Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the action is dismissed.

      DATED: January 3, 2012

                                        _____
                                        JACQUELINE H. NGUYEN
                                        UNITED STATES DISTRICT JUDGE